UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 5:09-CT-3063-FL
31 JANUARY 2011 (PAGE 1 OF 2)

JONATHAN E. BRUNSON
    PLAINTIFF
  v.
N.C. DEPT. OF SOCIAL SERVICES, et al
    DEFENDANTS

NOTICE OF DEPOSITION UPON WRITTEN QUESTIONS

DEPONENT: CAROLINE L. HAMILTON
CUMBERLAND COUNTY SHERIFF'S OFFICE
131 DICK STREET
FAYETTEVILLE, NC 28301

DATE: TO BE DETERMINED BY DEFENDANT IN LIGHT OF DEFENDANTS UNLAWFUL IMPRISONMENT OF PLAINTIFF

TIME: TO BE DETERMINED BY DEFENDANT IN LIGHT OF DEFENDANTS UNLAWFUL IMPRISONMENT OF PLAINTIFF

PLACE: TO BE TAKEN AT THE OFFICE OF DEFENDANTS ATTORNEY AS OFFERED

COST: TO BE INCURRED BY DEFENDANT IN LIGHT OF DEFENDANTS UNLAWFUL IMPRISONMENT OF PLAINTIFF

RESPECTFULLY SUBMITTED
31 JANUARY 2011

JONATHAN E. BRUNSON
PRO SE PLAINTIFF

CIVIL NO. 5:09-CT-3063-FL
31 JANUARY 2011 (PAGE 2 OF 2)
NOTICE OF DEPOSITION UPON
WRITTEN QUESTIONS

## CERTIFICATE OF SERVICE

I CERTIFY THAT THE FOREGOING "NOTICE OF DEPOSITION UPON WRITTEN QUESTIONS" DATED FOR 31 JANUARY 2011 WAS SERVED ON DEFENDANTS' BY HAND DELIVERY TO THE UNITED STATES POSTAL SERVICE IN A PROPERLY ADDRESSED POSTAGE, VIA THE CUMBERLAND COUNTY DETENTION CENTER

ADDRESSED TO:

1. THE MITCHELL LAW GROUP
   P.O. BOX 2917
   FAYETTEVILLE, NC 28302

2. THE COUNTY ATTORNEY
   P.O. BOX 1829
   FAYETTEVILLE, NC 28302

THIS 31st DAY OF JANUARY 2011.

*/s/ Jonathan E. Brunson*

JONATHAN E. BRUNSON
PRO SE PLAINTIFF